**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780**<br>**MDD_SAGchambers@mdd.uscourts.gov** |

September 12, 2024

LETTER ORDER

    Re:  <u>U.S.A. v. Reginald Davis</u>
          Criminal Case No. SAG-23-0269

Dear Counsel,

The following schedule is entered to govern the course of further proceedings in this case:

| | |
|---|---|
| January 15, 2025 | Defense motions due |
| February 5, 2025 | Government's response |
| March 12, 2025 at 10:00 a.m. | Motions Hearing |
| May 30, 2025 | Joint voir dire, proposed verdict sheet, the government's jury instructions with a copy e-mailed to MDD_SAGchambers@mdd.uscourts.gov) and any motions in limine |
| June 27, 2025 at 9:00 a.m. | Pretrial Conference |
| July 14, 2025 at 9:30 a.m. | Two-week Jury Trial |

Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge