## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

**v.**

**REGINALD DAVIS,**

    **Defendant.**

**Criminal Action No. SAG-23-269**

## MOTION TO STRIKE APPEARANCE

CLERK OF THE COURT:

Please strike the appearance of former Assistant U.S. Attorney Aaron Zelinsky in the above

referenced case as counsel of record for the United States of America.

Respectfully Submitted,

Erek L. Barron
United States Attorney

By: _____/s/_____
Joseph Wenner
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201

SO ORDERED, this _____ day of January 2025.

_____
Honorable Stephanie A. Gallagher
United States District Judge