IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **United States of America** | * |
| v. | * Criminal Case No.: SAG-23-0269 |
| **Reginald Davis** | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated on the record at the Motions Hearing held today, it is, this 12th day of March, 2025, ORDERED that, Defendant's Motion to Suppress Search Evidence, ECF 40, is **DENIED**.

/s/
Stephanie A. Gallagher
United States District Judge