JLW/ADE: USAO# 2023R00515
*Mch 6/25/2025*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. SAG-23-269 |
| | * |
| REGINALD DAVIS, | * (Bank Theft, 18 U.S.C. § 2113(b); |
| | * Aiding and Abetting 18 U.S.C. § 2) |
| Defendant | * |

*****

## SUPERSEDING INFORMATION

### COUNT ONE
**(Misdemeanor Bank Theft)**

The United States Attorney for the District of Maryland charges:

In or about March 2021, in the District of Maryland, the defendant,

**REGINALD DAVIS**,

did knowingly take and carry away, and aided and abetted the taking and carrying away of, with intent to steal and purloin, property and money belonging to and in the care, custody, control, management and possession of Bank 1, a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation, to wit, **DAVIS** caused material misrepresentations to be made to Bank 1 to obtain a Paycheck Protection Program loan, and he took and carried away funds belonging to Bank 1 by causing electronic transfers of funds obtained from Bank 1 under false pretenses.

18 U.S.C. §§ 2113(b), 2

_Kelly O. Hayes /ADE_
Kelly O. Hayes
United States Attorney