The Honorable Stephanie A. Gallagher
United States District Court Judge
For the District of Maryland
101 W Lombard St
Baltimore, Maryland 21201

      Re: United States v. Reginald Davis
      Case No. SAG-23-0269

Dear Judge Gallagher:

It is my understanding that Reginald will appear in court for sentencing in a federal offense. While I recognize the seriousness of this matter it is difficult to understand as the charges are quite unexpected given Reginald's reverence for the law and policy.

I work as a Customer Service Rep for the Dept of Finance of Accounting Services. Reginald and I met as classmates in high school nearly 3 decades ago. We became fast friends because of our faith and our shared love for gospel music. I was drawn to how he respectfully spoke against injustices in our school, often resulting in being a catalyst for change. Reginald's warmth made me feel safe, seen, and accepted through the challenging years of high school.

One particular experience that exemplifies Reginald's commitment to our friendship occurred the night before a job interview. The interview was in a part of town I had never traveled, it required highway driving, and at the time I was an inexperienced driver. To ensure I was comfortable with the commute, Reginald offered to take me to the location the night before, using 3 different routes, one of which did not involve the highway. This act of kindness not only displayed his problem solving skills, it also taught me what it means to be devoted and committed in a relationship.

Reginald's mother swore him to secrecy regarding her cancer diagnosis. His mother knew he had the strength to both carry the secret of the diagnosis and be her sole caretaker. For several months Reginald managed to care for his mother all alone, never revealing her secret to any of his siblings, aunts or uncles. Loyalty. With grace, he showed up for his mother, his siblings, his profession, and community during the most challenging time of his life. He continued his work as a mentor to male high school students in Baltimore; assisting with homework and replenishing school supplies using his own limited resources. Reginald has touched countless lives as a mentor, a friend, and a community leader .

Reginald has a way of pushing, testing, and deepening a person's perspective on life that results in positive changes towards personal growth and fulfillment. Reginald is not done. There are more lives to touch, more communities to heal, and more work to do. He is up for the challenge. I ask the court to give him the opportunity to continue to pursue his passion for people and communities.

Sincerely,
Jenee Barnes

1A



August 14, 2025

**The Honorable Stephanie A. Gallagher**
United States District Court Judge
For the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

**Re:** United States v. Reginald Davis
Case No. SAG-23-0269

Dear Judge Gallagher:

I am aware that Reginald Davis will soon appear before you for sentencing in connection with a federal offense. While I understand the seriousness of this matter, I believe it is equally important that you hear from those of us who have seen Reginald's full measure as a professional, a leader, and a man committed to improving the lives of others. I have known him for more than a decade, and in that time, I have seen his character tested in ways that revealed resilience, integrity, and an uncommon capacity to lead.

I first met Reginald in 2013 through his pursuit of membership in Alpha Phi Alpha Fraternity, Inc., an organization rooted in scholarship, service, and leadership. His successful induction in 2015 was not just a ceremonial milestone, it reflected a disciplined commitment to personal excellence and community engagement. I serve as the President and Chief Executive Officer of The Bizzell Group, doing business as Bizzell US, an award-winning strategy, consulting, and technology firm that has successfully delivered over 150 contracts worth more than $1 billion to federal agencies including the U.S. Department of Labor (DOL), the U.S. Department of Health and Human Services, the U.S. Department of Transportation, and NASA. We have earned a reputation for delivering complex, mission-critical projects with precision and impact.

In 2015, I recruited Reginald to work on a highly visible U.S. Department of Labor National Office of Job Corps contract. This work demanded a rare blend of strategic thinking and compassion. Our team was charged with supporting DOL's **Division of Regional Operations and Program Integrity (DROPI)** which was responsible for strengthening oversight and ensuring compliance across the Job Corps program, particularly in areas of student safety, program accountability, and policy enforcement. Through our work with DROPI, we advanced initiatives that improved operational integrity, addressed systemic weaknesses, and enhanced outcomes for students and staff nationwide. I remember one particular project where program compliance and community engagement had stalled due to fractured communication between stakeholders. Reginald took the initiative to convene all parties including federal staff, community leaders, and service providers, cutting through bureaucratic gridlock to build a shared action plan. The result was an increase in program participation and measurable improvements in student outcomes. This was not part of his formal assignment; it was the product of his willingness to step into a leadership vacuum and deliver results that mattered.

1B

# bizzell US

When Reginald later became a leader at Strong City Baltimore, he stepped into an organization in crisis. Budgets were unstable, staff morale was low, and public confidence was eroding. Many would have chosen to quietly exit; Reginald chose to stay and confront the problems head-on. On several occasions, he reached out to me for strategic advice, not because he lacked ideas, but because he wanted to ensure that every decision he made would strengthen the organization's long-term viability. He implemented new financial oversight measures, improved operational processes, and restored partnerships that had been neglected. These were not easy fixes, but they reflected his deep belief that leadership means leaving an organization stronger than you found it.

Reginald's impact is not confined to job titles or organizational charts. He has mentored younger professionals, offered opportunities to those who needed a start, and invested his time in programs that lift people up rather than cast them aside. That is why I respectfully urge the Court to see the full picture of the man before you—a man who has already demonstrated the capacity to lead, to rebuild, and to contribute in meaningful ways. Leniency in this case would give Reginald the chance to apply those abilities where they are needed most, in service to his family, his community, and the organizations that can benefit from his leadership.

Respectfully,

Anton C. Bizzell, MD
Chairman & Chief Executive Officer
The Bizzell Group dba Bizzell US

Page 2 of 2

George Anthony Clarke

6928 Hawthorne Street

Landover, Maryland 20785


August 14, 2025


The Honorable Stephanie A. Gallagher

United States District Court Judge

For the District of Maryland

101 W. Lombard Street

Baltimore, Maryland 21201


Re:     United States v. Reginald Davis

          Case No. SAG-23-0269


Dear Judge Gallagher:


I am writing to provide a character reference for Reginald Davis who is appearing before your court for sentencing. I have had the pleasure of knowing Reginald for more than 12 years in the capacity of friend and fraternity brother. I have come to know and respect Reginald as my brother, though not by blood, and I have confidence in Reginald as a man of integrity, a man of character, a man of compassion, and of honesty.

I had the opportunity to become a member of Alpha Phi Alpha Fraternity, Incorporated alongside Reggie, as he is affectionately known, and nine other black men who had decided to take this journey together. It was during this process that I first witnessed Reggie's dedication, his willingness to help, and his ability to hold everyone accountable. It was also during this time that he displayed leadership skills upon which many have come to rely.

I have witnessed Reggie's strength and compassion. He has experienced many losses during our friendship, including the passing of his stepfather, his grandmother, and the untimely death of his little brother, and the loss of his niece. Each time, Reggie shelved his own pain, delayed his own tears, and provided his own burdened shoulder to those who found each death increasingly difficult to manage. I saw Reggie navigate, what anyone would consider, the most painful loss of all, the death his amazing mother. While he fulfilled his mother's final wishes, Reggie supported his siblings' emotional responses to such a profound loss. At a time when he could have been selfish, caring more about how he would be affected by this loss, Reggie positioned himself as the rock that he had always been for his family.

Reginald is Mr. Reggie to his mentees whom he has supported through high school graduation; whom he continues to provide guidance as they matriculate to universities and colleges.

Reginald is Brother Davis to his Line and Fraternity Brothers of Alpha Phi Alpha Fraternity, Incorporated. He is often recognized as a 'Good Brother' in greetings because, in many ways, he is the epitome; believing in the bond of brotherhood, scholarly endeavors, and uplifting his community.

1C

Reginald is Uncle Reggie to his nieces and nephews who, in words and deeds, remind him that they are impressionable observers whose decisions are guided by a very simple, yet important, question, "What would Uncle Reggie do?"

Reginald has been a man who is guided by his love for family, respect for the law and the truth, his self-respect, and his commitment to his community. He is an important presence in the lives of his family, his mentees, and his community. For some, the only reason they have made it to academia is because of Reginald's guidance and his high desire to see them succeed. Reginald believes in people. In my experience with Reginald Davis, he has not waivered from the honest and compassionate person I have come to know; a man of integrity. I am confident that Reginald will continue to be guided by these principles that have positioned him as an upstanding member of his family and his community. I respectfully request that the court consider Reginald's positive attributes when make sentencing decisions.

If you require additional information or have any questions, please do not hesitate to contact me at (202) 725-4207 or akrisclarke@gmail.com.

Thank you for considering my perspective.

Sincerely,

George Anthony Clarke

**To:**
The Honorable Stephanie A. Gallagher
United States District Court Judge
For the District of Maryland
101 W. Lombard Street
Baltimore, Maryland  21201

**Re:** United States v. Reginald Davis
Case No. SAG-23-0269

Dear Judge Gallagher:

I understand that Reginald Davis will be appearing in court for sentencing in a federal matter. I am writing to provide a character reference on his behalf.

My name is Danielle Conway, and I have known Reginald since 2019 when he served as my CEO at Strong City Baltimore. In my professional capacity, I worked closely with Reginald and came to know him as a leader who exemplifies faith, integrity, and a genuine commitment to the community.

Throughout my time working with Reginald, I witnessed countless instances that demonstrate his honesty, kindness, and dedication to others. He was passionate about community service, particularly in initiatives supporting children and adult education. Even while facing the personal loss of several family members and managing a significant health challenge, Reginald remained steadfast in running Strong City Baltimore with excellence and integrity. Beyond his professional responsibilities, he served as a mentor and compassionate leader, supporting my husband and me as we navigated my daughter's illness and extended hospitalization. Reginald even welcomed my daughter to volunteer at Strong City once she was able to regain her strength, showing his generosity and care for young people.

Reginald holds a very special place in my life, both professionally and personally. His unwavering dedication to his community, employees, and those he mentors underscores his character and the positive impact he has on everyone around him. I respectfully ask the Court to consider his integrity, compassion, and the profound role he plays in the lives of others in determining an appropriate sentence.

Thank you for your time and consideration.

Sincerely,
Danielle Conway

1D

The Honorable Stephanie A Gallagher
United States District Court Judge
For the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

**RE: United States v. Reginald Davis**
**Case No. SAG-23-0269**

**Dear Judge Gallagher,**

I am writing to you regarding my esteemed friend Reginald Davis, who is scheduled to appear before you for sentencing in connection to a federal offense. I understand the gravity of the situation, but I am compelled to share my perspective of this man who has been a true brother and friend to me and so many others.

Resilient. Compassionate. Dependable. A loyal friend. A source of strength. These are a few words that describe Reginald Davis, and I hope by the end of my letter this becomes apparent.

My name is Lexington Andre Culpepper, MD. I am a Vascular Neurologist for Northwestern medicine, a proud father to Makai Culpepper, and a close friend of Reginald "Reggie" Davis. Reggie and I first crossed paths nearly 20 years ago, in 2007, at a seminar for young activists fighting HIV/AIDS in communities of color. I remember being immediately struck by his poise and sharp wit. I immediately knew that this was someone who would become a lifelong friend.

Reflecting on our friendship and my past experiences with Reggie, what stands out most about him is his willingness to show up—for his family, for his friends, and for his community. He's been a rock for those around him, a man who never hesitates to lend a hand or offer a kind word when it's needed most. He's someone who has consistently gone above and beyond, whether that meant house-sitting for me to make sure my home was safe, offering a listening ear during hard times, or simply being there when words couldn't provide comfort. No matter the situation, Reggie always knows what to say to make you smile, even in the toughest of moments.

Despite facing his own hardships—unemployment, personal struggles—Reggie has not wavered in his commitment to his mentee. Taking him to visit colleges, helping with school applications, driving him to school, helping him move into his dorm, and, of course, giving wise advice. This is something I find nothing short of remarkable, because in a world where so many are quick to walk away, Reggie chooses not to make excuses and continue in his role as mentor. He continues to show up for this young man. His ability to remain steadfast and supportive, no matter his own burdens, is something truly remarkable.

When his mother was battling cancer, Reggie would fly across the country to Chicago to accompany her to appointments and treatment sessions. The love and dedication he showed her during such a difficult time speaks to the kind of person he is—someone who puts others before himself, even when the situation is heartbreaking. And when his mother passed away, Reggie was the rock for his family helping his sisters with their bereavement.

When I lost a close friend to murder, Reggie was there. He was a shoulder for me to lean on and a constant source of strength. He attended the memorial service with me, offering the kind of support that only someone with his deep capacity for empathy could provide. And when another close friend of mine took

1E

his own life, Reggie was there, walking beside me through the devastation and pain. His unwavering presence during my moments of grief is a gift I will never forget.

Reggie has been a true brother to me and so many others. He has given so much of himself to others, and I've witnessed firsthand the positive impact he's had on those around him. The support, love, and kindness he offers is immeasurable, and I believe it's important to remember the goodness in his character.

I ask, with all my heart, that you please show leniency in your judgment of Reggie. The man who stands before you today is a man who has always tried to do right by others—who has been a source of strength and love to everyone lucky enough to know him. Despite the allegations, I believe that Reggie is someone who has the potential for great redemption, and his past acts of kindness and compassion are a testament to the kind of person he truly is.

Thank you for your consideration.

Sincerely,
Lexington Andre Culpepper, MD



8/13/25

Dear Judge Gallagher

I understand that Reginald is going to appear in court for Sentencing in a Federal offense.

I Ashley Davis Reginald Davis Baby Sister he is my only brother left Due to my youngest two little brothers Deceased.

Due to my mom passed away we became each other only point of contract, my Emergeny. he had to replace that role from my mom, our whole immediate family Literally gone, even my 15 year old daughter passed away. with that being said Regianld has been that shelter, supporter shouder, therapeutic, Loving helping hand I need now, his honesty, kindness, loyalty, devotion to

1 F

my family.

Reginald has to full a very Importance roll in our Family Lives as a Big Brother And Lead as a Father Figue to our Kids, Why I'm asking the Court to please have Leniency on him.

Thanks.

Ashley Davis
952 666 0755

The Honorable Stephanie A. Gallagher
United States District Court Judge
For the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Dear Judge Gallagher,

I am writing to support Reginald Davis (Reggie) for his upcoming court appearance. I understand the seriousness of this situation and want to express my continued support for Reggie during this challenging time. I have known Reggie for 12 years and would like to provide information about his character and the qualities I have observed during that time.

My name is Larry Donnell Davis, a professional school counselor at Duke Ellington School District of Columbia Public School. I have known Reggie for 12 years. I met him when he expressed interest in Alpha Phi Alpha Fraternity, where I have been a member for 45 years. I have a passion for the elderly as well as for the next generation of African American youth, specifically males. Reggie and I discovered that we shared the same passion as well as last name. Although we are not related by blood that we know of over the years he has become by younger brother.

One of the projects that the fraternity does is a Beautillion Program. This is where young men go through a series of workshop geared toward a rite of passage into adulthood. Reggie and I have served on this program. He has been a mentor to seniors in high school assisting them with graduating from high school, applying to college, and assisting them with getting financial aid to attend college. I have observed Reggie giving the shirt off his back, securing proper attire for young men to participate in interviews, and going into his own pocket to make sure that these young men had the resources and opportunities to advance to their next level of greatness. Reggie was also a mentor to his youngest brother who was 18 years younger than him. Following her diagnosis of stomach cancer, his mother requested that the younger brother reside with Reggie.

Unfortunately, Reggie has had one tragedy after another with his family. During the first few months of knowing him he experiences the death of his stepbrother due to gun violence. Reggie had the sole

1G

responsibility of knowing his mother had stomach cancer. He could not disclose these diagnoses to his sibling or immediate family, including his stepfather. A few weeks after his mother's diagnosis, his stepfather was fatally shot.  Shortly before his stepfather's funeral, his youngest brother, whom he had mentored, died in an unrelated incident involving gun violence. Within the next 12 months of these incidents, Reggie's mother sub came to the cancer, his paternal aunt loses her battle with lupus, his maternal grandmother who assisted in his rearing made her transition as well as an uncle. His niece is also a victim of gun violence. Reggie is the North Star for his family. He assisted in each case with funerals, end-of-life care, and property sales. He is the second oldest but has more responsibility than anyone else. He was a rock for his sister when she lost her child to gun violence. Reggie was the "go-to," the responsible one, the who will get it done and will not make a fuss about it. I know all this because I served as Reggie's sounding board, mentor, and support during a brief but eventful period. Reggie is a key component to his family. He is mentoring a college sophomore without family support. He sees "Mr. Reggie" as his father. Given the information presented, I respectfully ask the court to consider leniency in his sentencing. His sisters, Alpha brothers, and others at Strong City rely on his assistance.

Respectfully,

Larry Donnell Davis

406 Woodford Rd
Baltimore, MD 21212

August 13, 2025

The Honorable Stephanie A. Gallagher
United States District Court Judge
For the District of Maryland
101 W. Lombard Street
Baltimore, Maryland  21201

      **Re:  United States v. Reginald Davis**
           **Case No. SAG-23-0269**

Dear Judge Gallagher:

I understand that Reginald Davis is going to appear in court for
sentencing in a federal offense.

My name is Karen DeCamp and I live and work in Baltimore as a
nonprofit manager. I worked at Greater Homewood Community
Corporation (which later became Strong City Baltimore),
beginning in 2007 until January of 2020. I worked in the
organization's education and neighborhood revitalization
programs. In 2017, I was tasked with facilitating the
incorporation of an after-school program in East Baltimore, the
Club at Collington, into Strong City. This incredible program
was originally housed within Episcopal Community Services, which
was closing that year. The Club provided a safe, nurturing, and
academically-oriented place for 60-100 children to be in the
hours after school and in the summer. The vast majority of the
children served came from very low income households, some with
very difficult family circumstances.

I met Reginald (Reggie) in 2018 when he was hired at Strong City
as the Chief of Staff. He was deeply committed to the work of
the Club at Collington and spent time understanding the program,
listening to the staff and volunteering time to mentor some of
our most at-risk boys – mentoring that continues to this day.

Reggie kept supporting the staff and young people of the Club at
Collington, even in the midst of several deaths in his family,
the departure of Strong City's executive director, leaving him
in charge of a failing organization, and the COVID pandemic. For
years, to this day he has shown up to help three young men from
unstable home lives with absent and neglectful parents. Reggie
provided stability, kindness, meals, an open ear, a calm

1 H

demeanor, help with school, and help dealing with difficult life situations. These young men love and respect Reggie like a father. Reggie helped one of the young men, Gary, navigate the college application process to a Historically Black College in South Carolina, then helping him with the entire process of getting financial aid, and preparing him for a successful move to college. Gary's parents were absent, so Reggie, along with the Director of the Club at Collington, Vanessa Williams, drove Gary to South Carolina last August for his freshman move in and stayed in close touch all year to ensure Gary stayed on track. With Reggie's support, Gary is starting his sophomore year this month.

I ask for leniency for Reggie. He made a mistake, is sorry, is absolutely no danger to anyone, and is deeply needed by his family, his church, and especially by the young men he mentors like a father. Please allow him to continue to be present for these young men as they navigate the world without the stability that parents usually provide. Please allow Reginald to use his gifts in the world.

Thank you for your attention.

Sincerely,

Karen DeCamp

The Honorable Stephanie A. Gallagher
United States District Court Judge
For the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201


**Re: United States v. Reginald Davis**

**Case No.: SAG-23-0269**


Dear Judge Gallagher:

My name is Marquitta Harris. I earned my undergraduate degree in Sociology from the University of Illinois at Urbana-Champaign and my Master's degree in Psychology from the University of Phoenix. I am a proud single mother to a young adult daughter.

I currently serve as a Family Support Specialist at the YWCA, where I work with families—especially single mothers—helping them navigate life's challenges and turn those challenges into opportunities for growth, strength, and unity.

I've had the privilege of calling Reginald Davis ("Reggie") my friend for over 20 years. We met in high school, and through all of life's changes, he has remained one of my closest friends. He is also the godfather of my daughter—a role he embraces with the same love, dedication, and commitment he brings to every relationship in his life.

One of the clearest examples of who Reggie is happened years ago when I was in an unsafe relationship. Without hesitation, Reggie and another close friend drove over 300 miles to get me and my child out of that situation. They showed up, packed us up, and made sure we were safe. That day could have gone very differently if not for his willingness to drop everything and come to my rescue. This is who Reggie is—he doesn't just talk about helping people; he shows up when it truly matters.

I've also watched him face his own storms with strength and grace. He has endured more loss than most—losing his mother to cancer, his brothers to gun violence, and other heartbreaking family tragedies. Many people would have been crushed by such pain, but Reggie chose to let those experiences build his resilience rather than break him. His ability to keep moving forward, to remain kind and to support others in spite of his own hurt, is a testament to his character.

Beyond his personal relationships, Reggie talks a lot about how he is showing up as a mentor for young Black men, especially those from underserved communities. He openly shares his own mistakes and life lessons so they can learn from them, encouraging them to avoid pitfalls and make choices that will shape them into strong, impactful members of society. He often

1I

connects them to opportunities and resources that help them succeed, but more importantly, he invests in helping them believe in themselves.

Reggie isn't perfect—none of us are—but I know his heart. I know the good he's done and the good he is capable of continuing to do. He has been a blessing to me, my family, and many others. I respectfully ask you to consider the man he is outside of this case, the lives he has touched, and the young men who continue to look up to him for guidance and inspiration.

Thank you for taking the time to hear my perspective.

Sincerely,

Marquitta Harris
560 Gundersen Dr. #G6
Carol Stream, IL 60188

August 27, 2025

Honorable Stephanie A. Gallagher
United States District Court Judge
For the District of Maryland
101 W. Lombard St.
Baltimore, Maryland 21201

Re:    **United States v. Reginald Davis**
       **Case number SAG-23-0269**

Dear Judge Gallagher:

I am writing to offer a character witness statement in support of Reginal Davis who is scheduled to appear in court on October 6, 2025, for sentencing. It is my sincere hope that this letter will offer additional insight and perspective on Mr. Davis's character.

My name is Danista Hunte, and I am currently the President and CEO of Maryland Philanthropy Network which is a membership organization and network of funders and philanthropists across the state of Maryland. Prior to taking this job, I was the Executive Director of Child First Authority for seven years between July 2016 and October 2023. I also worked for sixteen years at the Baltimore Community Foundation where my grantmaking focused on education and youth development. I concluded my tenure at the foundation as the Vice President for Community Investment. Given those experiences, I am aware of the importance of strong board governance and the responsibility that boards bear in supporting the health of nonprofit organizations.

During the time that I served as executive director at Child First, Mr. Davis served on the board for five years. Associated Black Charities' Board Pipeline Initiative trains young professionals who are interested in serving on nonprofit boards. The training is followed by a matchmaking process which introduces the professionals to nonprofits that are looking for new board members who have been trained in board governance and understand their oversight and fiduciary role. Through this program is how I met Mr. Davis. I was impressed by Mr. Davis' background in the youth development field and his work as a government contractor. When I met Mr. Davis, I knew that he was a good fit.

At the end of 2018, Child First Authority completed a strategic planning process, and one of the outcomes was to create board committees. A Finance Committee was created at that time, and Mr.

1J

Davis became the first finance committee chair. In his role as committee chair, Mr. Davis did not handle any financial transactions on behalf of the board or the organization. His role was strictly that of thought partner, review, and oversight. He was instrumental in facilitating the process to identify a new audit firm. He reviewed proposals submitted from local audit firms, participated in the interview process, and participated in the deliberations to hire the accounting firm. I found his questions and insight to be integral in the selection process. A highly respected local accounting firm was selected and continues to be in place upon my departure in 2023.

During Mr. David's tenure on the Child First Board, he experienced a considerable number of deaths in his family. Some were the result of terminal illness or chronic diseases, and some were tragic homicides. Mr. Davis is originally from Chicago, IL, so these deaths required him to travel quite often between Baltimore and Chicago. During those trips he was always very conscientious of his board and committee meeting commitments. He did have to miss some meetings but attended via conference call or video link when available. At least two of these deaths were first degree relatives and had a tremendous impact on Mr. Davis. It was impressive how he was able to manage the weight of those losses, be present for his family, yet still continued with the day-to-day leadership responsibilities at work and his volunteer commitments.

Mr. Davis is a member of a national fraternity which engages in a great deal of service activities. Mr. Davis is actively involved with his fraternity and participated in a number community service and mentoring activities in Baltimore city. In addition, he was active in his neighborhood community association.

Finally, I would share that Mr. Davis offered emotional support to me as we were both new executive directors. We would exchange phone calls outside of board and committee meetings to make sure that we were each doing "ok" and striking an appropriate work-life balance. Mr. Davis has a generous and compassionate heart. I found him to be firm yet compassionate while making tough decisions as a board member at Child First. We learned from each other. I respectfully ask that the court have leniency on Mr. Davis in the sentencing process.

Thank you

Danista E. Hunte

To The Honorable Stephanie A. Gallagher, United States District Court Judge

The Honorable Stephanie A. Gallagher

United States District Court Judge

For the District of Maryland

101 W. Lombard Street

Baltimore, Maryland 21201

      **Re: United States v. Reginald Davis**

      **Case No. SAG-23-0269**

Dear Judge Gallagher:

I write this letter with full understanding that Reginald Davis is due to appear before your court for sentencing following a federal offense. I appreciate the gravity of this process and hope that my words will provide meaningful insight into Reginald's character and the positive contributions he has made to me, his family, and those around him.

Allow me to briefly introduce myself. My name is Chad Kee, and I am a close, personal friend and fraternity line brother of Reginald's in Alpha Phi Alpha for 10 years. During our time as friends and fraternity brothers, we share not only the bonds of brotherhood but also a friendship built on mutual respect and trust. In my professional life, I have witnessed a wide range of individuals, but few have displayed the steadfast loyalty, ethical standards, and integrity that Reginald brings to every aspect of his life and ways in which that he engages with friends. With total confidence, I completely trust Reginald and certain that I can depend on him as a primary source of support when needed. I see Reggie as more than a friend and fraternity brother but a member of my chosen family.

Throughout the years, I have observed Reginald consistently lead with honesty, compassion, and dedication to those he loves and professional responsibilities. I was privileged to witness his devotion to his family, particularly during his mother's courageous battle with cancer. During that difficult period, Reginald served as his mother's confidant and source of strength, managing both her care and the emotional wellbeing of his siblings as well as broader members of his family. His kindness and selflessness were evident in his unwavering presence and gentle support. Furthermore, Reginald's commitment to his fraternity brothers and community has always set him apart; he leads by example, encouraging others with his positive outlook and willingness to lend a helping hand. Specifically, he has lead multiple committees and chaired the community service

*1K*

committee guiding the fraternity into thoughtful actions to support communities throughout Baltimore. Reginald has consistently demonstrated a commitment and thoughtfulness to advance and promote the well-being of marginalized populations. Reginald's commitment to others is due in part to growing up in urban Chicago and witnessing firsthand the challenges experienced by overwhelmed communities. As a result, his passion, drive, and purpose and fueled by lived experiences along with education.

In my observation, Reginald functions as a foundation and source of strength for his siblings, nieces, and nephews, accepting a role of guidance and support that is both challenging and vital. He has become a pillar among both family and friends, providing stability, hope, and consistency. I believe that his continued presence is indispensable to his family's well-being. For these reasons, and because of the genuine remorse and growth that I have witnessed throughout this journey with Reginald, I respectfully ask the Court to consider leniency in his sentencing. I am confident that, given the opportunity, Reginald will continue to make positive contributions to his family, friends, and community and will use this experience to become an even stronger example for those around him.

Thank you for your time and consideration.

Respectfully,


Chad E. Kee, Ph.D.

2

United States v. Reginald Davis Case No. SAG-23-0269

From: Joe Muth (joemuth2848@gmail.com)

To:     ruterlaw@verizon.net

Date:  Sunday, August 17, 2025 at 08:12 PM EDT


The Honorable Stephanie A. Gallagher
United States District Court Judge
For the District of Maryland
101 W. Lombard Street
Baltimore, Maryland  21201

Dear Judge Gallagher:
    I am writing to you because I understand that Reginald Davis is going to appear in court for sentencing in a federal offense.
    My name is Fr. Joe Muth, and I am the Chaplain at Notre Dame of Maryland University at 4701 North Charles St. Baltimore, Maryland  21210. I have been a Catholic Priest in Baltimore for 51 years. I got to know Reginald Davis through my volunteer work at an after school program in East Baltimore, called the Club at Collington Square, now known as The Kirk P. Gaddy Youth and Community Center.
    Over the ten years that I have known Reginald, I have witnessed his devotion to the student scholars at the Youth Center. He would show up at the hospital when they were injured or their parents were hurt. He showed up at their court cases to give testimony to the goodness of these students.  Many of these youth saw him as a father-figure and turned to him for comfort, advice, or counsel.
    Reginald is very important to the life of these scholars, especially the ones who do not have a father in their home. The leniency of the court will allow these scholars to know that Reginald will continue to be in their lives.  Many of these scholars cannot afford to have another adult mentor, confidant, and guide to be taken away from them.
    I thank you for your commitment to this matter, and ask that in your decision that you think about the young scholars who need Reginald's attention.

Sincerely,

Fr. Joe Muth, Chaplain
Notre Dame of Maryland University
443-850-6938

1 L

Terence Narcisse
15610 Barton Orchard Lane
Houston, TX 77044
ttnarcisse@gmail.com
832-719-0613

August 14, 2025

The Honorable Stephanie A. Gallagher
United States District Court Judge
For the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Re: United States v. Reginald Davis – Case No. SAG-23-0269

Dear Judge Gallagher,

By way of background, I am the Chief Executive Officer of the East Harris County Empowerment Council,
a nonprofit organization based in Houston, Texas, dedicated to community and economic development.
I have worked in community leadership for more than a decade, collaborating with a wide range of
stakeholders to address local needs and create opportunities for residents. In my professional and
personal life, I have always valued integrity, service, and mentorship qualities I have consistently seen
reflected in Reginald.

I have known Reginald Davis since 2011, and in those fourteen years I have come to know him as one of
the most selfless and dependable people I have ever met. I understand that he will soon appear before
you for sentencing in a federal matter, and I write to share my experiences with him so you can see the
man I know, not just the circumstances before the Court.

Reginald has been a mentor to many young men who have grown up without a father figure. I have seen
him not only give advice but stand in the gap as a true father figure would. On one occasion, he drove a
young man more than 500 miles to help him move into college and get settled, because there was no
one else who could do it. He has attended countless events to support his mentees, cheering them on as
a dad would, and letting them know they are not alone in this world.

His dedication to the community goes well beyond mentorship. Reginald is a faithful volunteer at his
church, where he helps lead community development efforts aimed at easing the burdens of those who
are struggling financially. I have seen him help create programs that provide resources and support to
the poor, always treating people with dignity and compassion.

I have also witnessed quiet moments of generosity that reveal his character. I have seen him pay for
groceries for families in need, give rides to people without transportation, and spend his weekends at

*1 M*

community events simply to serve. These are not acts he does for recognition or praise, but because it is in his nature to care for others.

Even now, as he faces the weight of his current situation, Reginald is actively working to restore his good name. He has not turned away from accountability, and he remains committed to living in a way that uplifts those around him.

Your Honor, Reginald's absence would leave a deep void in the lives of the young people he mentors, in his church, and in the broader community he serves. I respectfully ask that you consider the totality of his life, the good he has done, and the good he is still capable of doing. I truly believe that showing him leniency would allow him to continue the work that has already changed so many lives for the better.

Thank you for your time and for considering my perspective. I am available to speak with you further about my experiences with Mr. Davis if needed.

Respectfully,

Terence Narcisse

The Honorable Stephanie A. Gallagher

United States District Court Judge

For the District of Maryland

101 W. Lombard Street

Baltimore, Maryland 21201

Re: United States v. Reginald Davis

Case No. SAG-23-0269

Dear Judge Gallagher:

I understand that Reginald Davis is appearing before you for sentencing in a federal offense. While I am aware of the seriousness of this matter, I hope my words can provide perspective on the kind of man I have known him to be for more than three decades.

I am a Chicago native who has built a career in leadership, community impact, and talent development across retail, technology, and education. I'm a mother of three and have been married for ten years. Throughout my journey, Reggie has been a steady source of honest

1N

counsel, support, and friendship, helping me navigate both personal and professional milestones.

I first met Reggie during our freshman year of high school, over 30 years ago, and we have never lost connection. We've been present in each other's milestones, challenges, and even the heartaches that life has brought. That shared history gives me a deep and genuine perspective on who he is and what he stands for. One of my earliest memories of Reggie is from high school, when I saw him give our principal honest feedback and share concerns about the staff in a thoughtful, articulate way. Even as a teenager, he was unafraid to speak up for what was right, and he did so with grace and respect. Over the years, I have seen this same character play out countless times — showing up for people without being asked, offering heartfelt guidance, and standing by those he loves without hesitation. His loyalty, compassion, and devotion to family have been unwavering.

I can say without hesitation that parts of my life story — including some of my proudest accomplishments — would look different without Reggie's presence. I wrote a book in part because of his insight, encouragement, and unwavering belief in me. He has a rare ability to speak the

truth in a way that is both honest and deeply impactful, sharing perspectives others may not have the courage to voice. Those conversations have challenged me, taught me things about myself, and given me the courage to pursue opportunities I may have otherwise let pass by. I often say I am "wealthy" because I have the best friends, and Reggie is one of the richest parts of that wealth. His absence would be felt not just by me, but by the many lives he has quietly and consistently supported. For these reasons, I respectfully ask the court to show him leniency, allowing him to continue being a source of strength and guidance for those who depend on him — because he truly makes those around him better, through and through.

Respectfully,

Shaundrece Rangel

Chicago, IL

United States v. Reginald Davis Case No. SAG-23-0269

From: Keith Riley (kriley@bizzellus.com)

To:     ruterlaw@verizon.net

Date:   Saturday, August 16, 2025 at 12:00 AM EDT

Dear Judge Gallagher:

I understand that Mr. Reginald Davis will soon appear before you for sentencing in a federal matter. I am writing to share my perspective on his character, based on years of knowing him personally and witnessing his contributions to others, in the hope that it will assist the Court in forming a complete picture of the man before you.

My name is Keith Riley, and I serve as Chief Operating Officer at Bizzell US. I first met Reginald through community and professional circles and then further when he worked for Bizzell. Over time, I came to know him as a person of loyalty, humility, and quiet generosity. While my professional responsibilities are grounded in strategic leadership, I value relationships deeply—and Reginald is one of those individuals whose presence consistently reflects kindness and integrity.

One example that stands out to me occurred when a mutual acquaintance faced losing their housing. Without hesitation, Reginald helped coordinate resources to keep that person in their home, asking for nothing in return. I have also seen him dedicate countless hours to mentoring young people to the extent where his support extended providing college supplies to students that were by Baltimore City statistics might have died based on the state of their nuclear families, all while dealing with multiple losses of his mother, two younger brothers, stepfather, and grandmother. I've seen firsthand Reginald offer neighborhood youth the type of guidance and encouragement that can make the difference between a positive path and a troubled one. These actions are not isolated incidents—they reflect a pattern of compassion, responsibility, and service to others.

Reginald plays an important role in the lives of his family, friends, colleagues, and neighbors. His absence would leave a meaningful void in a network of people who rely on his support and counsel. I believe he has the capacity to continue contributing positively to those around him and to redirect his life's path. For these reasons, I respectfully ask the Court to consider leniency in sentencing, allowing him the opportunity to remain connected to his community and to move forward in a constructive way.

Thank you for your time and consideration.

**Keith Riley, MBA**
**Chief Operating Officer**

**Office:** 301-459-0100 **Direct:** 301-805-0729
**Web:** BizzellUS.com **Email:** kriley@bizzellus.com

8201 Corporate Dr., Suite 900 | New Carrollton, MD 20785

 **STAY CONNECTED**



**2024 HUBZone Business of the Year**

CONFIDENTIALITY NOTICE: This communication, including any attachments, may contain confidential information and is intended only for the individual or entity to whom it is addressed. Any review, dissemination, or copying of this communication by anyone other than the intended recipient is strictly prohibited. If you are not the intended recipient, please notify us immediately by reply email to privacy@bizzellus.com and delete or destroy all copies of the original message and any attachments thereto. Email sent to or from Bizzell US or any of its member companies may be retained as required by law or regulation.**THINK BEFORE YOU INK: Please consider the environment before printing this email.**

10

The Honorable Stephanie A. Gallagher

United States District Court Judge

For the District of Maryland

101 W. Lombard Street

Baltimore, MD 21201


Re: United States v. Reginald Davis

Case No. SAG-23-0269


Dear Judge Gallagher:

I fully understand that Reginald Davis is appearing before this Court in connection with a federal offense, and I do not take the gravity of this matter lightly. I recognize that the charges are serious and that the Court must weigh the facts and circumstances carefully. My intention in writing this letter is not to diminish the significance of the offense, but to provide the Court with a fuller picture of Reginald Davis as a person beyond this case. I have known Mr. Davis for 11 years and have witnessed qualities such as integrity, compassion, and a willingness to take responsibility for personal actions. It is in that spirit—while respecting the Court's role and the law—that I offer my support for Reginald Davis and my belief in his capacity for growth and positive change moving forward.

I am Dr. Calvin Ruffin, Director of Career Academies at Ballou High School, in Washington, D. C. I am the director of three career academies- automotive technology, information technology, and mass media. Our students participate in a four-course sequence that offers them the opportunity to earn industry certifications, participate in two internships, and attend various work-based learning experiences. Mr. Davis is my fraternity brother, and we had the honor of entering our dear fraternity together on June 26, 2015. Over the past 11 years I have gotten to know Mr. Davis beyond fraternal bonds but into brotherhood and friendship. We have experienced some very challenging and emotionally trying times together but have supported one another through it all. From death to celebrations, Mr. Davis has been there to provide a cheerful high five or a hug and shoulder to cry on. He has been a thought partner, confidant, accountability partner, and more and I truly value his friendship and space in my life. He is very special to me, and I vowed to his mother before she passed that I would look out for him and hold him up as she departed this Earth.

Acknowledging the severity of this matter, I wholeheartedly support Mr. Davis as he reclaims his life and looks to move forward to be a productive citizen to his community. He is a community advocate, volunteer, mentor, and organizer. Mr. Davis mentors young men in our fraternity beautillion program and has continued to pour into these young men beyond their enrollment in the program. He currently mentors a young man entering his

<span style="color:blue">1 P</span>

sophomore year in college in South Carolina. Reginald supported his mentor during his senior year in high school, the college application process, and throughout his freshmen year in college. From financial, emotional, and personal development, Mr. Davis continues to invest into the next generation of leaders and community advocates for the City of Baltimore.

Reginald Davis is what we say in the fraternity a "Brother's Brother." He is that person that will give you the coat off his back; while also providing you with the resources and supports you need to buy your own coat. He is the backbone for his family, friends, and loved ones and they often look to him to solve and support matters now that the elders have transitioned to the next life. Mr. Davis is the stability and foundation for many in his life and to think that might be in jeopardy is honestly very scary. With that in mind, I ask the Court for leniency when sentencing Mr. Davis. Please consider the others that may be affected by such a ruling and how it may affect the trajectory of their lives. His presence impacts his immediate community but also his family, friends, and loved ones that depend on his presence, love, and guidance to be the best versions of themselves. I fully offer my support to Mr. Reginald Davis and hope you will consider a second chance for him as he has provided that to so many others.

With the Highest Regards,

Dr. Calvin E. Ruffin, Jr.

The Honorable Staphanie A. Gallagher
United States District Court Judge
For the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

**Re: United States v. Reginald Davis Case No. SAG-2300269**

Dear Judge Gallagher:

I understand that Mr. Davis is in the sentencing stage of this case and will be appearing before this court in the coming months. As such, in support of Mr. Davis, please receive this character letter outlining who he is to his family, community, and myself, and why he deserves the best.

My name is Khama A. Sharp, and I am an attorney with 15 years of experience who has recently been appointed as an arbitrator (administrative law judge) for a state commission. In this role and prior roles, I have been tasked with assessing the characters of many interested parties, determining credibility, and making informed decisions that impact the livelihood of not only those individuals but also the communities in which they reside. I have known Reggie for over 20+ years, and he is a valuable asset to the community and one of the most honorable men I have had the opportunity to engage with in my lifetime. I have held this impression of Mr. Davis since the moment I met him in my first year of college, and he has never disappointed or given me reason to question my assessment. Reginald L. Davis is one of my closest friends, a godparent to my children, a mentor, a brother, a fraternity brother, and so much more to me and many others.

Over the years, Mr. Davis has supported many within his stratosphere simply because it was the right thing to do, and I hope this fact remains with this court while deliberating on Mr. Davis's next steps.

Mr. Davis was not his mother's oldest child, but he took on many responsibilities within his family that are similar to those of the eldest. In many instances, he has been the one responsible for handling the administrative needs of his family, including resolving legal issues, making funeral arrangements, etc. Mr. Davis was also the first of his siblings to graduate from college, being a role model for his siblings and providing guidance where needed. He took in his younger brother and was his sole caretaker for a period of his life. He was one of his mother's primary caretakers during her bout with cancer, which ultimately took her life. He has driven across the country many times over to support his sisters and their families. And has done so much more, in the name of supporting and loving his family.

As a friend, he provided shelter for those who require it, offered a shoulder for those grieving a loss, and listened to those needing an attentive friend. He has given academic and personal advice and financial assistance to those in need.

As a community leader, Mr. Davis has supported many children looking for a nurturing and yet firm presence. I know of various instances where, through his mentorship, high school students who were considering dropping out tried a little harder, graduates pursued college with his support, and college

1Q

students focused their efforts because Mr. Davis held them accountable to their studies and their promises to their communities to succeed.

Lastly, Reggie has been one of my most valued friends because of his character, his commitment to family, his commitment to God, his commitment to the community, his commitment to me and my family, and because of his consistency in being there for all those things nonstop, 24/7. He has been the older brother (by two months) whom I look up to and who God has blessed me with from another mother. His example of manhood has helped me to become a better man and to strive to continue to better myself. He has guided me through tough breakups, family tragedies, personal and professional struggles, and just through emotionally draining days. Without Reggie, I lack that person in college who encourages me to speak up for myself and my beliefs. And I know many others who feel the same way about him; he sees their potential and encourages them to realize it for themselves. Reggie is the type of person we should protect because people like Reggie see value in their communities and inspire many to see their potential, do the impossible, and realize it for themselves. Because of all of these things and many others that I failed to neglect in this letter, I ask that this court show leniency on Mr. Reginald L. Davis and allow him to come home with minimal restrictions, so that he can get back to his God-given purpose in helping others.

Thank you.

Khama A. Sharp

The Honorable Stephanie A. Gallagher
United States District Court Judge
For the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

**Re: United States v. Reginald Davis
     Case No. SAG-23-0269**

**Dear Judge Gallagher:**

I understand that Reginald is scheduled to appear in court for sentencing
related to a federal offense. This marks a significant stage in the legal
process, where the court will determine the appropriate consequences
based on the nature of the offense and any relevant circumstances. I
recognize the seriousness of the situation and are aware that the
sentencing will be conducted in accordance with federal guidelines and
judicial discretion.

My name is Joshua Thomas, and I've been living in Washington, DC for the
past 16 years. I currently work for the DC Government as a Compliance and
Risk Management Manager, where I focus on ensuring regulatory adherence
and mitigating organizational risks across various departments. Reginald
and I have known each other for over 10 years, having built a strong bond
through our shared membership in the same fraternity. Our fraternity
instilled in us the values of character, leadership, and service,
encouraging us to actively pour into our community and uplift those
around us. Through this experience, we developed a mutual respect and
friendship rooted in shared principles and a commitment to making a
positive impact.

One of the most powerful examples of Reginald's honesty, loyalty, and
devotion to his family was during the funeral of his mother. I witnessed
him in tears, yet still gathering the strength to gently push his
grandmother (his mother's own mother) forward so she could see her
daughter one last time. It was a heartbreaking moment that revealed the
depth of his love and commitment. Despite his own grief, Reginald
prioritized the emotional needs of his family, embodying a quiet strength
that left a lasting impression on everyone present. His actions spoke
volumes about the kind of man he is. One who carries the weight of
responsibility even in the most painful moments.

Reginald is more than a friend to me. He's been a steady presence, a
source of strength, and someone I've come to see as family. In moments
when life felt uncertain, Reginald showed up with unwavering support and
quiet wisdom. His character has always reflected kindness, humility, and
a deep commitment to doing right by others. I know he's facing a serious
situation now, but I also know the heart of the man behind it. I ask the

*1 R*

court to see the full picture of who Reginald is and to show leniency, for all of us who know who he is.

Thank you.

Joshua Thomas

August 18, 2025

# ALPHA PHI ALPHA FRATERNITY, INC. ®

## DELTA LAMBDA CHAPTER

**1501 North Dukeland Street, Baltimore, Maryland 21216**

Rasheen E. Smith
*Eastern Region Vice President*

Jeremy Henderson
*Eastern Region Assistant Vice President*



Ryan A. Turner
*President*

Justin Morrissette-McAlmon, PhD
*Vice President*

The Honorable Stephanie A. Gallagher
United States District Court Judge
For the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

**RE: United States v. Reginald Davis**
**Case No. SAG-23-0269**

**Dear Judge Gallagher:**

We write to you with full awareness of the gravity of these proceedings and the serious nature of the sentencing before the Court. We understand the weight of the United States' case against Mr. Reginald Davis and the responsibility you hold in determining an outcome that will shape the rest of his life. It is from this place of respect for the process and compassion for the individual that we wish to share our perspective on Mr. Davis's character, his contributions, and his unwavering humanity.

I, Justin Morrissette, serve as the Vice President of our fraternity chapter, working closely with our President, Ryan Turner, who also serves as the Overseer of the chapter. In my role as Vice President and Chief of Committees, I function as the right hand to the President in guiding the chapter's initiatives, fostering brotherhood, and maintaining our shared values. Together, Ryan and I have had the privilege of knowing Reginald not just as a fraternity brother, but as a steadfast friend, mentor, and example of service-minded leadership.

Reginald has consistently demonstrated humility and compassion in ways that have left lasting impressions on our fraternity and our community. In times of darkness, he has been a friendly and reliable presence, someone who believes deeply in both tradition and humanity. His heart has always been in service to others. One moment that stands out is his commitment to a young man in our Beautillion program, where he worked tirelessly to ensure the student's successful transition into college. He not only helped secure the young man a work-study position so he could afford living expenses, but personally drove him to South Carolina for school and brought him home when he became homesick. He went further still, preparing dinner for the student's family and friends so they could visit, using that time to encourage the student to stay committed to his education despite the challenges of being away from home.

In our own leadership journey, Ryan and I were the youngest in fraternal years to take on the roles of Vice President and President. Reginald stood beside us from the very beginning, offering encouragement, guidance, and reminders to foster strong bonds with every brother. His compassion shows in the countless ways he steps up when others cannot, whether that means volunteering for tasks no one else could take on, giving rides to the airport, helping care for a brother's pet, or simply being present to celebrate another's success. He has a gift for making people feel seen, valued, and supported. These acts, both large and small, reflect the kind of man he is

1 S

and the selflessness with which he approaches life. For these reasons, we ask the Court to extend leniency, recognizing not only the case before you but also the immeasurable good that Reginald has poured into those around him. We firmly believe he has more to give, and that with grace, he will continue to serve and uplift his community in meaningful ways.

Sincerely,


Ryan  Turner                                                            Justin Morrissette
President                                                                 Vice-President

The Honorable Stephanie A. Gallagher
United States District Court Judge
For the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

### Re: United States v. Reginald Davis
### Case No. SAG-23-0269

Dear Judge Gallagher:

I understand that Reginald Davis is appearing before you for sentencing, and I want to share my perspective on the man I know.

Reginald is the kind of individual who stands by people in their hardest moments. Even through his own personal tragedies, including the heartbreaking loss of close family members, he has continued to serve, support, and inspire others. His strength is not only in his ability to persevere, but in the compassion and generosity he extends to those in need.

I have witnessed firsthand Reginald's honesty and work ethic. He treats everyone with respect, no matter what their background or circumstances. His word is his bond, and he has earned the trust of all who know him. Beyond his professionalism, he is a devoted friend, mentor, and role model—always willing to lend a hand, listen without judgment, and offer guidance when it is most needed.

Reginald's character is defined by his consistent acts of kindness and his ability to make those around him feel valued and seen. The positive impact he has had on his community is immeasurable. One of the most profound impacts of his work has been on the young men he has mentored, many from disadvantaged homes, who are now the first in their families to attend college. Reginald has not just guided them, he has given them hope, structure, and the belief that their dreams are worth fighting for. His influence has changed the trajectory of their life and created ripples of opportunity that will last for generations.

Reginald Davis is more than a friend, a mentor, or a leader; he is a man whose character speaks louder than any words could. His impact on our community is immeasurable. His steady presence has changed lives, including mine, and our community is stronger because of him. I respectfully ask that you consider the good he has done and the future lives he still may shape.

Sincerely,

*M. Vanessa Williams*

M. Vanessa Williams

1 T

Shanita Robertson
5101 Springlake Pkwy #1027
Haltom City, Texas 76117
August 14, 2025

The Honorable Stephanie A. Gallagher
United States District Court Judge
For the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

**Re: United States v. Reginald Davis, Case No. SAG-23-0269**

Dear Judge Gallagher:

I understand that my brother, Reginald Davis, will soon appear before you for sentencing in connection with a federal offense. I know this is a serious matter, and I am writing to share with the Court my heartfelt perspective on his character.

My name is Shanita Robertson, and I am Reginald's oldest sister. I have had the privilege of knowing him his entire life, and I have watched him grow into a man of incredible strength, loyalty, and compassion. As the oldest sibling, I have always looked after my younger brothers and sisters, and throughout our lives, Reginald has been a steady source of guidance, support, and love.

Reginald has always gone above and beyond for our family. He steps up whenever family affairs require attention, taking on responsibilities with care and dedication. I have seen him devote himself selflessly to our mother when she needed extra support as a single parent. He never hesitated to ensure she was cared for, putting her needs above his own. His generosity, kindness, and unwavering commitment to family are the qualities that define him and inspire those around him.

To me, Reginald is more than just a brother — he is a protector, a role model, and a constant source of encouragement. His presence brings stability and comfort to our family, and his love and guidance are irreplaceable. I respectfully ask that the Court take into account the depth of his character and the positive impact he has on those who rely on him. With leniency, I am confident that Reginald will continue to grow, contribute meaningfully to our family, and positively impact the community.

Thank you for your time and consideration.

Respectfully,

Shanita Robertson

1 ∪